## UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| Value Vinyls, Inc.<br>Plaintiff, | §<br>§<br>§ | Before: AQUILINO, Thomas J., Jr., Sr. Judge<br>Court No. 02-00436 |
| vs. | §<br>§ | |
| United States,<br>Defendant | §<br>§ | |

### STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties, through their undersigned counsel, agree that:

1. Plaintiff is the importer of record of the subject merchandise.

2. All protests involved were timely filed.

3. All liquidated duties, charges or exactions on such merchandise were paid prior to the filing of the summons.

4. The summons in this case was timely filed under the above referenced court number.

5. The imported merchandise, as set forth more fully in Schedule A, attached, consists of woven textile fabric of a single man-made fiber coated or laminated such that it is completely covered on both sides with compact PVC. The column headed "Invoice Code" sets forth the stipulable item numbers as they appear on the commercial invoices. In some instances, a range of invoice item numbers is shown on the schedule (e.g., 'JMB0956-73'). This means that the schedule

Stipulated Judgment on Agreed Statement

Value Vinyls, Inc., Plaintiff vs. United States, ~~Plaintiff~~ Defendant     Court No. 02-00436

covers all invoice items falling within this range (e.g., 'JMP0956,' 'JMP0957,' 'JMP0958' ...).

6. The subject merchandise was classified under HTSUS 3921.90.19 at the rate of 5.3% ad valorem.

7. The parties agree that the imported merchandise set forth on Schedule A should be classified under HTSUS subheading 3921.90.11 at the rate of 4.2% ad valorem.

8. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

9. All other claims arising from the subject entries are abandoned.

10. Each party hereto shall bear its own costs and attorney's fees arising from this case.


Respectfully submitted,


Dated: _____, _____, 2013

Stipulated Judgment on Agreed Statement of Facts

Value Vinyls, Inc., Plaintiff vs. United States, ~~Plaintiff~~ Defendant          Court No. 02-00436

| *For Plaintiff Value Vinyls, Inc.:* | *For Defendant United States:* |
|---|---|
| Robert Givens<br>Givens and Johnston, PLLC<br>Federal Bar #000043006<br>950 Echo Lane, Suite 360<br>Houston, Texas 77024<br>(713) 932-1540<br>(713) 932-1542 (fax)<br><br>By: /s/ Robert T. Givens | Stuart F. Delery<br>Acting Assistant Attorney General<br><br>By: /s/<br><br>Barbara S. Williams<br>Attorney in Charge<br>International Trade Field Office<br><br>/s/<br>Marcella Powell<br>Trial Attorney<br>Civil Division, Department of Justice<br>Commercial Litigation Branch<br>26 Federal Plaza<br>New York, New York 10278<br>Tel: (212) 264-1873 |

IT IS HEREBY ORDERED that this action is decided and this final judgment entered by the Clerk of this Court; and that the appropriate official from the U. S. Customs and Border Protection shall reliquidate the entries and make refunds(s) in accordance with the stipulation of the parties set forth above.

Dated: New York, New York

    This _4_ day of ____, 2013          _____

                                                            Judge

# Schedule A to Stipulated Judgment
## Merchandise description: pvc laminated vinyls
## (with or without other words of description)

| Court No. | Date Summons Filed | Port of Entry | Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|---|---|---|
| 02-00436 | 06/17/02 | Los Angeles | 2704-01-102388 | 08/16/01 | 12/17/01 | 153-0123401-7 | 07/03/00 | 05/18/01 |
| | | | | | | 153-0123402-5 | 07/03/00 | 05/18/01 |
| | | | | | | 153-0123403-3 | 07/03/00 | 05/18/01 |
| | | | | | | 153-0123404-1 | 07/03/00 | 05/18/01 |
| | | | | | | 153-0123405-8 | 07/03/00 | 05/18/01 |
| | | | | | | 153-0123406-6 | 07/12/00 | 05/25/01 |
| | | | | | | 153-0123411-6 | 07/08/00 | 05/18/01 |
| | | | | | | 153-0123443-9 | 07/08/00 | 05/18/01 |
| | | | | | | 153-0123450-4 | 07/10/00 | 05/25/01 |
| | | | | | | 153-0123460-3 | 07/10/00 | 05/25/01 |
| | | | | | | 153-0123489-2 | 07/12/01 | 05/25/01 |
| | | | | | | 153-0123505-5 | 07/14/00 | 05/25/01 |
| | | | | | | 153-0123506-3 | 07/14/00 | 05/25/01 |
| | | | | | | 153-0123515-4 | 07/14/00 | 05/25/01 |
| | | | | | | 153-0123597-2 | 07/14/00 | 05/25/01 |
| | | | | | | 153-0123599-8 | 07/14/00 | 05/25/01 |
| | | | | | | 153-0123610-3 | 07/28/00 | 06/08/01 |
| | | | | | | 153-0123619-4 | 07/28/00 | 06/08/01 |
| | | | | | | 153-0123622-8 | 08/02/00 | 06/15/01 |
| | | | | | | 153-0123623-6 | 08/07/00 | 06/22/01 |
| | | | | | | 153-0123662-4 | 08/07/00 | 06/22/01 |
| | | | | | | 153-0123663-2 | 08/07/00 | 06/22/01 |
| | | | | | | 153-0123664-0 | 08/16/00 | 06/29/01 |
| | | | | | | 153-0123671-5 | 08/12/00 | 06/22/01 |
| | | | | | | 153-0123673-1 | 08/12/00 | 06/22/01 |
| | | | | | | 153-0123674-9 | 08/12/00 | 06/22/01 |
| | | | | | | 153-0123675-6 | 08/12/00 | 06/22/01 |
| | | | | | | 153-0123762-2 | 08/17/00 | 06/29/01 |
| | | | | | | 153-0123763-0 | 08/17/00 | 06/29/01 |
| | | | | | | 153-0123780-4 | 08/24/00 | 07/06/01 |
| | | | | | | 153-0123852-1 | 08/29/00 | 07/13/01 |
| | | | | | | 153-0123860-4 | 08/31/00 | 07/13/01 |
| | | | | | | 153-0123861-2 | 08/31/00 | 07/13/01 |
| 02-00436 | 06/17/02 | Dallas | 5501-01-100349 | 12/05/01 | 01/09/01 | 153-0221550-2 | 10/21/00 | 09/07/01 |
| | | | | | | 153-0221576-7 | 10/22/00 | 09/07/01 |
| | | | | | | 153-0221753-2 | 10/28/00 | 09/14/01 |
| | | | | | | 153-0221856-3 | 11/06/00 | 09/21/01 |
| | | | | | | 153-0221879-5 | 10/31/00 | 09/14/01 |
| | | | | | | 153-0221880-3 | 10/30/00 | 09/14/01 |
| | | | | | | 153-0221916-5 | 10/24/00 | 09/07/01 |
| | | | | | | 153-0221917-3 | 10/28/00 | 09/07/01 |
| | | | | | | 153-0221998-3 | 10/29/00 | 09/07/01 |
| | | | | | | 153-0222000-7 | 10/28/00 | 09/07/01 |
| | | | | | | 153-0222206-0 | 11/13/00 | 09/28/01 |
| | | | | | | 153-0222207-8 | 11/20/00 | 10/05/01 |
| | | | | | | 153-0222329-0 | 11/06/00 | 09/21/01 |
| | | | | | | 153-0222330-8 | 11/13/00 | 09/21/01 |

## Schedule A to Stipulated Judgment
## Merchandise description: pvc laminated vinyls
## (with or without other words of description)

| Court No. | Date Summons Filed | Port of Entry | Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 153-0222377-9 | 11/11/00 | 09/28/01 |
| | | | | | | 153-0222378-7 | 11/11/00 | 09/28/01 |
| | | | | | | 153-0222418-1 | 11/18/00 | 09/28/01 |
| | | | | | | 153-0222581-6 | 11/28/00 | 10/12/01 |
| | | | | | | 153-0222680-6 | 12/11/00 | 10/26/01 |
| | | | | | | 153-0222750-7 | 12/05/00 | 10/19/01 |
| | | | | | | 153-0222887-7 | 12/11/00 | 10/26/01 |
| | | | | | | 153-0222975-0 | 12/11/00 | 10/26/01 |
| | | | | | | 153-0222976-8 | 12/04/00 | 10/19/01 |
| | | | | | | 153-0222991-7 | 12/19/00 | 11/02/01 |
| | | | | | | 153-0222992-5 | 12/12/00 | 11/02/01 |
| | | | | | | 153-0223048-5 | 12/16/00 | 10/26/01 |
| | | | | | | 153-0223150-9 | 12/19/00 | 01/02/01 |
| | | | | | | 153-0223386-9 | 01/02/01 | 11/16/01 |
| | | | | | | 153-0223525-2 | 01/02/01 | 11/16/01 |
| 02-00436 | 06/17/02 | Dallas | 5501-02-100072 | 03/14/02 | 05/10/02 | 153-0225438-6 | 03/06/01 | 01/18/02 |
| | | | | | | 153-0225440-2 | 03/06/01 | 01/18/02 |
| | | | | | | 153-0225783-5 | 03/26/01 | 02/08/02 |
| | | | | | | 153-0225854-4 | 03/30/01 | 02/08/02 |
| | | | | | | 153-0226009-4 | 04/06/01 | 02/15/02 |

Value Vinyls, Inc. v. U.S.  
Verification of merchandise

Printed on 12/20/2012 at 4:33 PM

| Invoice code | Value Vinyls purchase order code | Threads /sq inch | Denier | % by weight of polyester | % by weight of plastics | Weight in kg/square meters |
|---|---|---|---|---|---|---|
| UCGF2261 | UCGF2261 | 26x12 | 1000x2000 | 29.8% | 70.2% | 0.763 |
| UTC14_61-126 | UTC14_61-126 | 16x16 | 1000 | 29.5% | 70.5% | 0.475 |
| 2UCGF2261 | 2UCGF2261 | 26x12 | 1000x2000 | 29.2% | 70.8% | 0.780 |
| OML08_54-62 | OML08_54-62 | 18x9 | 500 | 29.0% | 71.0% | 0.271 |
| OMLT0854 | OMLT0854 | 18x9 | 500 | 29.0% | 71.0% | 0.271 |
| JWS08_57-75 or WG201-0912 or WG201-57 | JWS08_57-75 | 9x12 | 1000 | 29.0% | 71.0% | 0.271 |
| JDCMFL0861 or FS201 | JDCMFL0861 | 9x9 | 1000 | 29.0% | 71.0% | 0.271 |
| WFBLG16196 or 487500 | WFBLG16196 | 18 x 13 | 1000 | 29.0% | 71.0% | 0.542 |
| BKA1661 | BKA1661 | 18x18 | 1000 | 29.0% | 71.0% | 0.542 |
| WPSV1661 | WPSV1661 | 18x18 | 1000 | 29.0% | 71.0% | 0.542 |
| MH0972 or MESHTARP | MH0972 | 12x12 | 840 | 28.9% | 71.1% | 0.305 |
| WPM1846 | WPM1846 | 20x20 | 1000 | 28.7% | 71.3% | 0.610 |
| WPM1861 | WPM1861 | 20x20 | 1000 | 28.7% | 71.3% | 0.610 |
| 2WPM18_61-72 or A-4(M) | 2WPM18_61-72 | 20x20 | 1000 | 28.7% | 71.3% | 0.610 |
| 2WPMLC18_61-68 | 2WPMLC18_61-68 | 20x20 | 1000 | 28.7% | 71.3% | 0.610 |
| JFUN1861 or FS201 | JFUN1861 | 20x20 | 1000 | 28.7% | 71.3% | 0.610 |
| FRJFUN1861 or FS201 | FRJFUN1861 | 20x20 | 1000 | 28.7% | 71.3% | 0.610 |
| KADV1861 | KADV1861 | 20x20 | 1000 | 28.7% | 71.3% | 0.610 |
| WT1861 | WT1861 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| MADV1861 | MADV1861 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| 2MADV1861 or FS1031-1 or FS201 | 2MADV1861 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| JNT2MADV1861 or FS1013-1 | JNT2MADV1861 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| 2MADV18_68-68.5 or FS1031-1 | 2MADV1868 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| 2FRMADV1861 or FS1031-1 or FS201 | 2FRMADV1861 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| FRMADV1861 or FS201 | FRMADV1861 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| 2HW18126 | 2HW18126 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| HWFR18126 | HWFR18126 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| 2HWFR18126 | 2HWFR18126 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| KADV18_126-134 | KADV18_126-134 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.610 |
| ADV19_61-72 or TALR5F1 or VVTADV1961-72 | ADV19_61-72 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.627 |
| FRADV1961 or TALR5F1 or VVTFRADV1961 | FRADV1961 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.627 |
| KA1961 | KA1961 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.627 |
| NKT1961 | NKT1961 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.627 |
| 2UCGF1961 | 2UCGF1961 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.644 |
| JUCGF1961 or FS1013-1 | JUCGF1961 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.644 |
| WPUCGF1961 | WPUCGF1961 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.644 |
| WPSUCGF1961 | WPSUCGF1961 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.644 |
| 2WPUCGF1961 | 2WPUCGF1961 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.644 |
| PDKA1961 | PDKA1961 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.644 |
| WPUCGF2161 | WPUCGF2161 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.746 |
| 2WPUCGF2161 | 2WPUCGF2161 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.746 |
| JUCGF2161 or FS1020-1 | JUCGF2161 | 18X17 | 1000X1300 | 27.8% | 72.2% | 0.746 |
| WFBL15126 | WFBL15126 | 16 x 16 | 1000 | 27.5% | 72.5% | 0.509 |
| WPFRM2261 | WPFRM2261 | 24x28 | 1000 | 27.5% | 72.5% | 0.763 |
| BSUR3861 | BSUR3861 | 13X14 | 3000 | 26.5% | 73.5% | 1.288 |
| 2ADV3861 | 2ADV3861 | 13X14 | 3000 | 26.5% | 73.5% | 1.288 |
| PSW4060 | PSW4060 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| BSUR40_61-64 or P-1(M)40OZ | BSUR40_61-64 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| 2HPDS4061 | 2HPDS4061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| 3HPDS4061 | 3HPDS4061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| ADV4061 | ADV4061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| BHPSUR4061 | BHPSUR4061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| BSHPSUR4061 | BSHPSUR4061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| BSHPFRSUR4061 | BSHPFRSUR4061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| DKA4061 | DKA4061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |

**Value Vinyls, Inc. v. U.S.**
**Verification of merchandise**

Printed on 12/20/2012 at 4:33 PM

| Invoice code | Value Vinyls purchase order code | Threads /sq inch | Denier | % by weight of polyester | % by weight of plastics | Weight in kg/square meters |
|---|---|---|---|---|---|---|
| HPDS4061 | HPDS4061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| KA4061 | KA4061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| NKT4061 | NKT4061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| 3HPDS4096 | 3HPDS4096 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| BHPSUR5061 | BHPSUR5061 | 13X14 | 3000 | 26.5% | 73.5% | 1.356 |
| ISL2361 | ISL2361 | 18x18 | 1300 | 26.3% | 73.7% | 0.780 |
| JISL2361 or FS230-1 or FS1313-1 | JISL2361 | 18x18 | 1300 | 26.3% | 73.7% | 0.780 |
| 2MESH09_99-126 | 2MESH09_99-126 | 18x9 | 500 | 25.8% | 74.2% | 0.305 |
| FDML09 | FDML09 | 18x9 | 500 | 25.8% | 74.2% | 0.305 |
| JMP09_56-73 or M1199F | JMP09_56-73 | 9x9 | 1000 | 25.8% | 74.2% | 0.305 |
| WFG14 | WFG14 | 14x14 | 1000 | 25.8% | 74.2% | 0.475 |
| HFGF14126 | HFGF14126 | 16 x 16 | 1000 | 25.8% | 74.2% | 0.542 |
| WFM16126 | WFM16126 | 16x16 | 1000 | 25.8% | 74.2% | 0.542 |
| HFM1699 | HFM1699 | 16x16 | 1000 | 25.8% | 74.2% | 0.542 |
| 2WFG18126 | 2WFG18126 | 18x18 | 1000 | 25.8% | 74.2% | 0.610 |
| CMED1861 | CMED1861 | 18x17 | 1000X1300 | 25.8% | 74.2% | 0.610 |
| 2CMED1861 | 2CMED1861 | 18x17 | 1000X1300 | 25.8% | 74.2% | 0.610 |
| JCMED1861 or FS1013 | JCMED1861 | 18x17 | 1000X1300 | 25.8% | 74.2% | 0.610 |
| 2WPUL1861 | 2WPUL1861 | 18x17 | 1000X1300 | 25.8% | 74.2% | 0.610 |
| HW18126 | HW18126 | 18x17 | 1000X1300 | 25.8% | 74.2% | 0.610 |
| JSTBO2098 or JF201 or JFS201-1 | JSTBO2098 | 20x20 | 1000 | 25.8% | 74.2% | 0.678 |
| BHPSUR4061 | BHPSUR4061 | 13x14 | 3000 | 25.2% | 74.8% | 1.356 |
| UCGF1961 | UCGF1961 | 18x17 | 1000X1300 | 24.4% | 75.6% | 0.644 |
| CMVP1461 | CMVP1461 | 9X9 | 1300 | 24.3% | 75.7% | 0.475 |
| LAM1461 | LAM1461 | 9X9 | 1300 | 24.3% | 75.7% | 0.475 |
| LAM1461 | LAM1461 | 9X9 | 1300 | 24.3% | 75.7% | 0.475 |
| LAM1461b | LAM1461b | 9X9 | 1300 | 24.3% | 75.7% | 0.475 |
| LAM1461t | LAM1461t | 9X9 | 1300 | 24.3% | 75.7% | 0.475 |
| TB1861 | TB1861 | 9X9 | 1300 | 24.3% | 75.7% | 0.610 |
| JSUR22_41-61 or FS1515-1 | JSUR22_41-61 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| ADV2261or VVTADV2261 | ADV2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| 2ADV2261 | 2ADV2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| ADVDS2261 or VVTADVDS2261 | ADVDS2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| BADV2261 | BADV2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| KA2261 | KA2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| MADV2261 or FS201 or FS230 | MADV2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| FS201 | RWMADV2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| 2MADV2261 or FS201 or FS1315-1 or FS1031-1 | 2MADV2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| NKT2261 | NKT2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| 3ADV22_48-75 | 3ADV22_48-75 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| CB2261 or CC2261 | CB2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| RBKA2261 | RBKA2261 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| HW22126 | HW22126 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| 2HW22126 | 2HW22126 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| KADAV22126 | KADAV22126 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| KRSADV22_98-134 | KRSADV22_98-134 | 15X15 | 1300 | 23.5% | 76.5% | 0.746 |
| CGF2161 | CGF2161 | 18X17 | 1000X1300 | 21.1% | 78.9% | 0.746 |
| BODY13_54-61 or ST1009K(M) | BODY13_54-61 | 9X9 | 1000 | 20.4% | 79.6% | 0.441 |
| ODY1361 | ODY1361 | 9X9 | 1000 | 20.4% | 79.6% | 0.441 |
| GFC1361 | GFC1361 | 9X9 | 1000 | 20.4% | 79.6% | 0.441 |
| BODY1861 | BODY1861 | 9X9 | 1000 | 20.4% | 79.6% | 0.610 |
| GFC1861 | GFC1861 | 9X9 | 1000 | 20.4% | 79.6% | 0.610 |
| ODY1861 | ODY1861 | 9X9 | 1000 | 20.4% | 79.6% | 0.610 |
| ERD13_62-73 or T1336ERDWHITEC | ERD13_62-73 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| T1336ERDWHITEC or VVBERD13_36-73 | ERD13_36-73 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |

Value Vinyls, Inc. v. U.S.
Verification of merchandise

Printed on 12/20/2012 at 4:33 PM

| Invoice code | Value Vinyls purchase order code | Threads /sq inch | Denier | % by weight of polyester | % by weight of plastics | Weight in kg/square meters |
|---|---|---|---|---|---|---|
| 3ERD13_36-54 | 3ERD13_36-54 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| BER13_36-73 | BER13_36-73 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| VTK1373 | VTK1373 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| MTK13_99-126 | MTK13_99-126 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| BMTK1373 | BMTK1373 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| 2VTK13_73-80 | 2VTK13_73-80 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| VTK13_99-126 | VTK13_99-126 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| BVTK13126 | BVTK13126 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| TLT1361 | TLT1361 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| ARFG1353.5 | ARFG1353.5 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| FG13_26-74 | FG13_26-74 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| 2FG13_26-74 | 2FG13_26-74 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| 3FG13_26-74 | 3FG13_26-74 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| BFG13_26-74 | BFG13_26-74 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| 2BFG13_26-74 or A-6(G) | 2BFG13_26-74 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| RW2FG13_26-36 | RW2FG13_26-36 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| FDC1363 | FDC1363 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| BAMFRSWL1334 | BAMFRSWL1334 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| SWL13_36-73 | SWL13_36-73 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| BSWL13_26-72 or A-6(M)13oz | BSWL13_26-72 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| HSWL13_36-54 | HSWL13_36-54 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| FREM13_36-61 | FREM13_36-61 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| FREM-A-1361 | FREM-A-1361 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| BFREM13_36-61 | BFREM13_36-61 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| 2BFREM13_36-61 | 2BFREM13_36-61 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| PUG1272 | PUG1372 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| PUG13_62-73 | PUG13_62-73 | 9X9 | 1000 | 20.3% | 79.7% | 0.441 |
| MTBM1072 | MTBM1072 | 9x9 | 840 | 19.5% | 80.5% | 0.339 |
| 2TBM1072 | 2TBM1072 | 9x9 | 840 | 19.5% | 80.5% | 0.339 |
| LTP1072 | LTP1072 | 9x9 | 840 | 19.5% | 80.5% | 0.339 |
| KTL1861 | KTL1861 | 9X9 | 1300 | 18.9% | 81.1% | 0.610 |
| VICT1861 | VICT1861 | 9X9 | 1300 | 18.9% | 81.1% | 0.610 |
| MADV3061 or FD1013 | MADV3061 | 12X12 | 2000 | 18.5% | 81.5% | 1.017 |
| BSUR3561 or P-1(M)35OZ | BSUR3561 | 12X12 | 2000 | 18.5% | 81.5% | 1.187 |
| RCL1260 | RCL1260 | 9X9 | 840 | 18.2% | 81.8% | 0.407 |
| HRCL1260 | HRCL1260 | 9X9 | 840 | 18.2% | 81.8% | 0.407 |
| BRCL1260 | BRCL1260 | 9X9 | 840 | 18.2% | 81.8% | 0.407 |
| 2BRCL1260 | 2BRCL1260 | 9X9 | 840 | 18.2% | 81.8% | 0.407 |
| JMESH08_98-172 or M1192-B or FS201 | JMESH08_98-172 | 9x13 | 840 | 17.9% | 82.1% | 0.271 |
| YMESH08_126-196 or DY-MESH-913 | YMESH08_126-196 | 9x13 | 840 | 17.9% | 82.1% | 0.271 |
| WFMH08196 | WFMH08196 | 12x12 | 840 | 17.9% | 82.1% | 0.271 |
| TBAFGHS08196NT | TBAFGHS08196NT | 6x6 | 840 | 17.9% | 82.1% | 0.271 |
| TBAFMHS08196NT | TBAFMHS08196NT | 6x6 | 840 | 17.9% | 82.1% | 0.271 |
| YMLRIO09_54-62 or DY-MESH-189V | YMLRIO09_54-62 | 18x9 | 500 | 17.9% | 82.1% | 0.305 |
| MH0972 or VVBMH0972 | MH0972 | 12x12 | 840 | 17.9% | 82.1% | 0.305 |
| 2MH09_99-126 | 2MH09_99-126 | 12x12 | 840 | 17.9% | 82.1% | 0.305 |
| SWL10 26-74 or DY-B01 | SWL10_26-74 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| BSWL10_26-48 or HF-1(M)10OZ | BSWL10_26-48 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| BSWL(6)10_38-63 | BSWL(6)10_38-63 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| RSWL1036 | RSWL10_36-54 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| RWSWL(6)1051 | RWSWL(6)1051 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| MSWL10_26-74 | MSWL10_26-74 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| YSWL1023 or DY-B01-340H | YSWL10_23-72 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| SWSG1072 | SWSG1072 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| FDG10 | FDG10 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |

Value Vinyls, Inc. v. U.S.
Verification of merchandise

Printed on 12/20/2012 at 4:33 PM

| Invoice code | Value Vinyls purchase order code | Threads /sq inch | Denier | % by weight of polyester | % by weight of plastics | Weight in kg/square meters |
|---|---|---|---|---|---|---|
| WPFG10_36-72 | WPFG10_36-72 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| WPFM10_54-60 | WPFM10_54-60 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| WPFG-A10_36-54 | WPFG-A1036 | 18X12 | 250X500 | 17.9% | 82.1% | 0.339 |
| TLT1361 | TLT1361 | 9x9 | 1000 | 17.9% | 82.1% | 0.441 |
| TENT13 | TENT13 | 9x9 | 1000 | 17.9% | 82.1% | 0.441 |
| LKT1354 | LKT1354 | 9x9 | 1000 | 17.9% | 82.1% | 0.441 |
| 2LKT1354 | 2LKT1354 | 9x9 | 1000 | 17.9% | 82.1% | 0.441 |
| MBODY1361 or A-6(M)13OZ | MBODY1361 | 9x9 | 1000 | 17.9% | 82.1% | 0.441 |
| PCL13_61-72 | PCL13_61-72 | 9x9 | 1000 | 17.9% | 82.1% | 0.441 |
| CLR13 | CLR13 | 9x9 | 1000 | 17.9% | 82.1% | 0.441 |
| PUG13_72-73 or LM8402FA or VVBPUCGG1373 | PUG1372 | 9x9 | 1000 | 17.9% | 82.1% | 0.441 |
| RW1354 | RW1354 | 9x9 | 1000 | 17.9% | 82.1% | 0.441 |
| LKT1161 | LKT1161 | 9x9 | 840 | 17.7% | 82.3% | 0.373 |
| BLKT1161 or ST5009K | BLKT1161 | 9x9 | 840 | 17.7% | 82.3% | 0.373 |
| 2LKT11_46-61 | 2LKT11_46-61 | 9x9 | 840 | 17.7% | 82.3% | 0.373 |
| SSB1160 | SSB1160 | 9x9 | 840 | 17.7% | 82.3% | 0.373 |
| BTCL15_61-72 | BTCL15_61-72 | 9X9 | 1000 | 17.7% | 82.3% | 0.509 |
| TCL1572 | TCL1572 | 9X9 | 1000 | 17.7% | 82.3% | 0.509 |
| VICT1861 | VICT1861 | 9x9 | 1300 | 16.8% | 83.2% | 0.610 |
| TPL1454 | TPL1454 | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| CHAMP1461 | CHAMP1461 | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| CHAMPION1461 | CHAMPION1461 | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| 2CMVP14_61-72 | 2CMVP14_61-72 | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| GEL14_31-72 | GEL14_31-72 | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| GYM1461 | GYM1461 | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| AFL1461 | AFL1461 | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| MAS1461 | MAS1461 | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| KTL1472 | KTL1472 | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| KTL1472-SW | KTL1472-SW | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| LCH1472 | LCH1472 | 9x9 | 1000 | 16.6% | 83.4% | 0.475 |
| KBL15 | KBL15 | 9X9 | 1000 | 16.5% | 83.5% | 0.509 |
| FBOGR16_26-74 | FBOGR16_26-74 | 9X9 | 1000 | 16.5% | 83.5% | 0.542 |
| FBOMR16_36-74 | FBOMR16_36-74 | 9X9 | 1000 | 16.5% | 83.5% | 0.542 |
| AFBOMR16126 | AFBOMR16126 | 9X9 | 1000 | 16.5% | 83.5% | 0.542 |
| HAFBOM16126 | HAFBOM16126 | 9X9 | 1000 | 16.5% | 83.5% | 0.542 |
| BELS16_54-98 | BELS16_54-98 | 20 x 20 | 1000 | 16.5% | 83.5% | 0.644 |
| BODY2260 or ST1014(M)22OZ | BODY2260 | 14x14 | 1000 | 16.4% | 83.6% | 0.746 |
| RCL1260 | RCL1260 | 9x9 | 840 | 16.3% | 83.7% | 0.407 |
| YRIOGBLFR15126 | YRIOGBLFR15126 | 18 x 12 | 500 | 15.5% | 84.5% | 0.509 |
| YRIOMBLFR15_54-126 | YRIOMBLFR15_54-126 | 18 x 12 | 500 | 15.5% | 84.5% | 0.509 |
| FDBL15 | FDBL15 | 18 x 12 | 500x1000 | 15.5% | 84.5% | 0.509 |
| TCL1561 | TCL1561 | 9x9 | 1000 | 15.5% | 84.5% | 0.509 |
| HTCL1572 | HTCL1572 | 9x9 | 1000 | 15.5% | 84.5% | 0.509 |
| TCL1572 | TCL1572 | 9x9 | 1000 | 15.5% | 84.5% | 0.509 |
| RSTCL15 | RSTCL15 | 9x9 | 1000 | 15.5% | 84.5% | 0.509 |
| VTK13 | VTK13 | 9x9 | 840 | 15.0% | 85.0% | 0.441 |
| FBOGR19_36-74 | FBOGR19_36-74 | 9X9 | 1000 | 14.7% | 85.3% | 0.644 |
| FBOMR19_36-74 | FBOMR19_36-74 | 9X9 | 1000 | 14.7% | 85.3% | 0.644 |
| LT0854 | LT0854 | 9x9 | 500 | 14.5% | 85.5% | 0.271 |
| LTP0861 | LTP0861 | 9x9 | 500 | 14.5% | 85.5% | 0.271 |
| SF08_24-74 | SF08_24-74 | 18x9 | 250X500 | 14.5% | 85.5% | 0.271 |
| 2SF08_24-74 | 2SF08_24-74 | 18x9 | 250X500 | 14.5% | 85.5% | 0.271 |
| 2SFFR0854 | 2SFFR0854 | 18x9 | 250X500 | 14.5% | 85.5% | 0.271 |
| SF0954 | SF0954 | 18x9 | 250X500 | 14.5% | 85.5% | 0.271 |
| BRSTCL16_36-168 | BRSTCL16_36-168 | 9x9 | 1000 | 14.5% | 85.5% | 0.542 |

**Value Vinyls, Inc. v. U.S.**
**Verification of merchandise**

Printed on 12/20/2012 at 4:33 PM

| Invoice code | Value Vinyls purchase order code | Threads /sq inch | Denier | % by weight of polyester | % by weight of plastics | Weight in kg/square meters |
|---|---|---|---|---|---|---|
| BTT1661 | BTT1661 | 9x9 | 1000 | 14.5% | 85.5% | 0.542 |
| YG1061 | YG1061 | 9X9 | 500 | 14.5% | 85.5% | 0.339 |
| MED1061 | MED1061 | 18X9 | 250X500 | 14.5% | 85.5% | 0.339 |
| LT5000 | LT5000 | 22x23 | 250 | 14.2% | 85.8% | 0.339 |
| MD5000 | MD5000 | 22x23 | 250 | 14.2% | 85.8% | 0.339 |
| BODY2760 or ST1014(M)27OZ | BODY2760 | 14x14 | 1000 | 13.4% | 86.6% | 0.915 |
| BTCL18_86-96 | BTCL18_86-96 | 9x9 | 1000 | 12.9% | 87.1% | 0.610 |
| BFUS(6)10_38-63 | BFUS(6)10_38-63 | 32x24 | 150 | 12.4% | 87.6% | 0.339 |
| 2FUS(6)1038 | 2FUS(6)1038 | 32x24 | 150 | 12.4% | 87.6% | 0.339 |
| 2RWFUS(6)10_38-51 | 2RWFUS(6)10_38-51 | 32x24 | 150 | 12.4% | 87.6% | 0.339 |
| 2FUS(6)1054 | 2FUS(6)1054 | 32x24 | 150 | 12.4% | 87.6% | 0.339 |
| FUS1036 | FUS1036 | 32x24 | 150 | 12.4% | 87.6% | 0.339 |
| 2FUS10_36-54 | 2FUS10_36-54 | 32x24 | 150 | 12.4% | 87.6% | 0.339 |
| 3FUS1036 | 3FUS1036 | 32x24 | 150 | 12.4% | 87.6% | 0.339 |
| 3FUS(6)1038 | 3FUS(6)1038 | 32x24 | 150 | 12.4% | 87.6% | 0.339 |
| FIL11_51.5-72 | FIL11_51.5-72 | 22x23 | 250 | 12.3% | 87.7% | 0.390 |
| BFIL11_51.5-72 | BFIL11_51.5-72 | 22x23 | 250 | 12.3% | 87.7% | 0.390 |
| 2HFBOM16 | 2HFBOM16 | 9x9 | 840 | 12.2% | 87.8% | 0.542 |
| AFG1273 | AFG1273 | 9X9 | 500 | 12.0% | 88.0% | 0.407 |
| BAFG12 | BAFG12 | 9X9 | 500 | 12.0% | 88.0% | 0.407 |
| BAFGHS12_73-196 | BAFGHS12_73-196 | 9X9 | 500 | 12.0% | 88.0% | 0.407 |
| BAFM12_73-196 | BAFM12_73-196 | 9X9 | 500 | 12.0% | 88.0% | 0.407 |
| BAFMHS12_73-196 | BAFMHS12_73-196 | 9X9 | 500 | 12.0% | 88.0% | 0.407 |
| TAFGHS12 | TAFGHS12 | 9X9 | 500 | 12.0% | 88.0% | 0.407 |
| YRIOM13_38-74 or DY-B02-440 | YRIOM13_38-74 | 9X9 | 500 | 11.9% | 88.1% | 0.441 |
| YRIOG13_30-62 or DY-B02-440 | YRIOG13_30-62 | 9X9 | 500 | 11.9% | 88.1% | 0.441 |
| YAFTM13_38-63 or DY-B01-440 | YAFTM1338 | 18X12 | 250X500 | 11.9% | 88.1% | 0.509 |
| BAFBOMT15126 or H-2BL(M) | BAFBOMT15126 | 18X12 | 250X500 | 11.9% | 88.1% | 0.509 |
| NLT2102 | NLT2102 | 22x23 | 250 | 11.8% | 88.2% | 0.407 |
| ZORBIX10 | ZORBIX10 | 18x9 | 250x500 | 11.6% | 88.4% | 0.339 |
| LM10_36-72 | LM10_36-72 | 9x9 | 500 | 11.6% | 88.4% | 0.339 |
| SWL(6)10_38-54 | SWL(6)10_38-54 | 18x12 | 250x500 | 11.6% | 88.4% | 0.339 |
| DSWL10_36-54 | DSWL10_36-54 | 18x12 | 250x500 | 11.6% | 88.4% | 0.339 |
| FDM10 | FDM10 | 18x9 | 250x500 | 11.6% | 88.4% | 0.339 |
| OG10 | OG10 | 18x9 | 250X500 | 11.6% | 88.4% | 0.339 |
| OM10 | OM10 | 18x9 | 250X500 | 11.6% | 88.4% | 0.339 |
| YRIOGFR1038 | YRIOGFR1038 | 18x9 | 250X500 | 11.6% | 88.4% | 0.339 |
| HRFB1054 | HRFB1054 | 9x9 | 500 | 11.6% | 88.4% | 0.339 |
| ERD10 | ERD10 | 9x9 | 500 | 11.6% | 88.4% | 0.339 |
| ERD10_27-54 | ERD10_27-54 | 9x9 | 500 | 11.6% | 88.4% | 0.339 |
| TSW10 | TSW10 | 9x9 | 500 | 11.6% | 88.4% | 0.339 |
| SPL1054 | SPL1054 | 9x9 | 500 | 11.6% | 88.4% | 0.339 |
| SC1036 | SC1036 | 9x9 | 500 | 11.6% | 88.4% | 0.339 |
| 3HFBOM18126 | 3HFBOM18126 | 9x9 | 840 | 10.8% | 89.2% | 0.610 |
| YRIOBOM18_26-74 | YRIOBOM18_26-74 | 9x9 | 840 | 10.8% | 89.2% | 0.610 |
| TBM1060 | TBM1060 | 9x9 | 840 | 10.8% | 89.2% | 0.610 |
| HAFL18 | HAFL18 | 9x9 | 840 | 10.8% | 89.2% | 0.610 |
| BRIOUS12_36-80 or J-1BL(M) | BRIOUS12_36-80 | 32x24 | 150 | 10.3% | 89.7% | 0.407 |
| LT2102 | LT2102 | 32X24 | 150 | 10.3% | 89.7% | 0.407 |
| AFM1273 | AFM1273 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| AFMHS12_73-196 | AFMHS12_73-196 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| 2AFG12_73-80 | 2AFG12_73-80 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| AFGHS12_73-196 | AFGHS12_73-196 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| TAFGHS12196NT | TAFGHS12196NT | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| TBAFGHS12 | TBAFGHS12 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |

**Value Vinyls, Inc. v. U.S.**  Printed on 12/20/2012 at 4:33 PM
**Verification of merchandise**

| Invoice code | Value Vinyls purchase order code | Threads /sq inch | Denier | % by weight of polyester | % by weight of plastics | Weight in kg/square meters |
|---|---|---|---|---|---|---|
| TBAFGHS12150 | TBAFGHS12150 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| TBAFGHS12174 | TBAFGHS12174 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| TBAFGHS12196NT | TBAFGHS12196NT | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| TBAFMHS12 | TBAFMHS12 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| TBAFMHS12196NT | TBAFMHS12196NT | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| DFG12_26-74 | DFG12_26-74 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| OM12_38-62 | OM12_38-62 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| OG12_38-62 | OG12_38-62 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| DSWL12_36-72 | DSWL12_36-72 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| TSW12 | TSW12 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| TSWAW12 | TSWAW12 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| BTSWAW12_87-99 | BTSWAW12_87-99 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| HTSW12_87-99 | HTSW12_87-99 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| BTSW1290 | BTSW1290 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| 2BTSW1290 | 2BTSW1290 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| TSWBO1299 | TSWBO1299 | 9x9 | 500 | 9.7% | 90.3% | 0.407 |
| BFUS13_36-54 | BFUS13_36-54 | 32x24 | 150 | 9.5% | 90.5% | 0.441 |
| FUS13_36-54 | FUS13_36-54 | 32x24 | 150 | 9.5% | 90.5% | 0.441 |
| BFUS(6)13_38-63 | BFUS(6)13_38-63 | 32x24 | 150 | 9.5% | 90.5% | 0.441 |
| BFUS13_36-72 | BFUS13_36-72 | 32x24 | 150 | 9.5% | 90.5% | 0.441 |
| 2FUS13_36-72 | 2FUS13_36-72 | 32x24 | 150 | 9.5% | 90.5% | 0.441 |
| 3FUS13_35-72 | 3FUS13_35-72 | 32x24 | 150 | 9.5% | 90.5% | 0.441 |
| 3FUS(6)1338 | 3FUS(6)1338 | 32x24 | 150 | 9.5% | 90.5% | 0.441 |
| 3RWFUS1351 | 3RWFUS1351 | 32x24 | 150 | 9.5% | 90.5% | 0.441 |
| 3RWFUS1351(6) | 3RWFUS1351(6) | 32x24 | 150 | 9.5% | 90.5% | 0.441 |
| LT7000 | LT7000 | 32X24 | 150 | 9.1% | 90.9% | 0.407 |
| YRIOGSFR13_63-72 | YRIOGSFR13_63-72 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| OM1362 | OM1362 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| OMT1338 | OMT1338 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| OG13_38-62 | OG13_38-62 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| OGT13_38-62 | OGT13_38-62 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| ZEELON13 | ZEELON13 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| MFG13_26-50 | MFG13_26-50 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| RWOG12_38-54 | RWOG12_38-54 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| RWOM12_38-54 | RWOM12_38-54 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| MFREM13_36-61 | MFREM13_36-61 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| SBL13_36-72 | SBL13_36-72 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| 2SBL13_36-72 | 2SBL13_36-72 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| BSBL(6)13_38-63 | BSBL(6)13_38-63 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| BSBL13_36-72 or F-6BL(M) | BSBL13_36-72 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| YRIOMSFR13_38-126 | YRIOMSFR13_38-126 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| YRIOOMFR13_30-80 | YRIOOMFR13_30-80 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| WPFBOG13_72-98 | WPFBOG13_72-98 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| WPFBOM13_72-98 | WPFBOM13_72-98 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| SBL15_36-72 | SBL15_36-72 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| LC1061 | LC1061 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| FLR1061 | FLR1061 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| CTL1062 | CTL1062 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| BSPL1054 | BSPL1054 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| RGL10_54-72 | RGL10_54-72 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| BMLR10_54-58 | BMLR10_54-58 | 9x9 | 500 | 8.9% | 91.1% | 0.441 |
| BWCL1861 | BWCL1861 | 3x3 | 1000 | 4.3% | 95.7% | 0.610 |